Z. Kathryn Branson
Nevada Bar No. 11540
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone:    702.862.8800
Facsimile:    702.862.8811
kbranson@littler.com

Attorneys for Defendants
COX AUTOMOTIVE MOBILITY
SOLUTIONS, INC., and COX
AUTOMOTIVE, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARRON NEWMON, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>PARTNERS PERSONNEL -<br>MANAGEMENT SERVICES, LLC, a<br>Delaware limited liability company; COX<br>AUTOMOTIVE MOBILITY SOLUTIONS,<br>INC., a Nevada corporation; COX<br>AUTOMOTIVE, INC., a Delaware<br>corporation,<br><br>        Defendant. | Case No. 2:25-cv-02278-ART-BNW<br><br>**STIPULATION TO EXTEND TIME FOR COX DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff ARRON NEWMON, ("Plaintiff"), by and through his attorneys of record, Greenberg Gross, LLP, and Defendants COX AUTOMOTIVE MOBILITY SOLUTIONS, INC. and COX AUTOMOTIVIE, INC. (collectively "Cox Defendants"), by and through their attorneys of record, Littler Mendelson, P.C., hereby stipulate to extend the time for Cox Defendants to file a responsive pleading to Plaintiff's Complaint from the current deadline of December 30, 2025, up to and including **January 29, 2026.**

This extension is necessary to provide adequate time for Defense counsel in light of their recent retention, the holiday schedule, to become familiar with the allegations in the Complaint, to investigate the facts of this matter, and to prepare a responsive pleading.

/ / /

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800

1    This is the first request for an extension of time to respond to the Complaint.  This request

2    is made in good faith and not for the purpose of delay.

3

4    Dated:  December 23, 2025

5    GREENBERG GROSS LLP                    LITTLER MENDELSON, P.C.

6

7    /s/ Michael A. Burnette                      /s/ Z. Kathryn Branson
     Jemma E. Dunn, Esq.                          Z. Kathryn Branson, Esq.

8    Matthew T. Hale, Esq.
     Michael A. Burnette, Esq.

9                                                 Attorneys for Defendants
                                                  COX AUTOMOTIVE MOBILITY

10   Attorneys for Plaintiff                      SOLUTIONS, INC. and COX AUTOMOTIVE,
     ARRON NEWMON                                 INC.

11

12

13                                                **IT IS SO ORDERED.**

14                                                Dated: December 29, 2025

15

16

17                                                UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28                                                2

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800

**Error! Unknown document property name.**